# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| C541 | 9524835 | ABITU | 420 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/17/23  1700 | 43 CFR 8341.1(d) |

**Place of Offense**
OTAY MT.

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
CVC. 38601
R.O.V. - NO HELMET

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MACWA | CARLOS | [redacted] |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | CA | 23 | CAMAM | | BLUE |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 55  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| TBN | TBN |
| | Time: TBN |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9524835*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **December 17th, 2023** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/17/2023   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/09/2024 16:30